# First Department, September, 1982

## (September 3, 1982)

■ In the Matter of Diosdado Rivera et al., Appellants, v Gilberto G. Valentin, Respondent. — Judgment, Supreme Court, Bronx County, entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of Laurice Roque et al., Appellants, v Leonard Jones et al., Respondents. — Judgment, Supreme Court, Bronx County, entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of Thomas Denaro et al., Respondents, v Martin Richards et al., Appellants. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of Eleanor Howell et al., Respondents, v Jose M. Gonzalez, Appellant, and Martin Richards et al., Respondents. In the Matter of Jose M. Gonzalez, Appellant, v Eleanor Howell et al., Respondents. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of Benjamin F. Nolan, Appellant, v Martin Richards et al., and Richard G. Gugliotta, Respondents. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of Karen Argenti et al., Appellants, v Ruth Weiss et al., Respondents. In the Matter of Ruth Weiss et al., Respondents, v Karen Argenti, Appellant. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.